IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

CLEATUS W. SHONK; RAE ANN
SHONK,

        Plaintiffs,

   v.

US BANK NA, as Legal Title
Trustee for Truman 2013 SC4
Title Trust; NORTHWEST TRUSTEE
SERVICES, INC.,

        Defendants.

1:15-cv-02428-CL

**ORDER**

**AIKEN, District Judge:**

On May 16, 2016, Magistrate Judge Mark D. Clarke filed a
Findings and Recommendation (#28), and the matter is now before
this Court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).
Plaintiffs have filed objections (#30), Defendants have responded

1 - ORDER

to Plaintiffs' objections (#31) and I have reviewed the file of this case *de novo*. 28 U.S.C. § 636(b)(1)(C); <u>McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981).

I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Findings and Recommendation (#28). Defendants' Motion to Dismiss (#20) is GRANTED.  This case is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this 22nd day of June, 2016.

_____
Ann Aiken
U.S. DISTRICT JUDGE

2 - ORDER